Case 3:22-cr-00002-CRB   Document 1   Filed 01/05/22   Page 1 of 6

FILED
Jan 05 2022
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL COVER SHEET

***Instructions:*** *Effective November 1, 2016, this Criminal Cover Sheet must be completed and submitted, along with the Defendant Information Form, for each new criminal case.*

**CASE NAME:** USA v. Keith Washington

**CASE NUMBER:** CR 22-00002 CRB

**Is This Case Under Seal?** Yes ✔ No

**Total Number of Defendants:** 1 ✔   2-7   8 or more

**Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326?** Yes   No ✔

**Venue (Per Crim. L.R. 18-1):** SF ✔   OAK   SJ

**Is this a potential high-cost case?** Yes   No ✔

**Is any defendant charged with a death-penalty-eligible crime?** Yes   No ✔

**Is this a RICO Act gang case?** Yes   No ✔

**Assigned AUSA (Lead Attorney):** Lauren M. Harding

**Date Submitted:** 1/5/2022

**Comments:**

RESET FORM    SAVE PDF

Form CAND-CRIM-COVER (Rev. 11/16)

# United States District Court

FOR THE

**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN FRANCISCO

UNITED STATES OF AMERICA,

V.

KEITH WASHINGTON

**FILED**

Jan 05 2022

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

DEFENDANT(S).

## INDICTMENT

18 U.S.C. § 2113(a) – Attempted Bank Robbery
18 U.S.C. § 2113(a) – Bank Robbery

A true bill.

/s/ Foreperson of the Grand Jury

Foreman

Filed in open court this __5th__ day of

January, 2022.

Clerk

Bail, $ Arrest Warrant

Magistrate Judge Sallie Kim

STEPHANIE M. HINDS (CABN 154284)
United States Attorney

**FILED**

Jan 05 2022

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> KEITH WASHINGTON, <br> Defendant. | CASE NO. CR22-00002CRB <br><br> VIOLATIONS: <br> 18 U.S.C. § 2113(a) – Attempted Bank Robbery; <br> 18 U.S.C. § 2113(a) – Bank Robbery; <br> 18 U.S.C. § 981(a)(1)(C), and 28 U.S.C. § 2461(c) – Forfeiture Allegation <br><br> SAN FRANCISCO BRANCH |

INDICTMENT

The Grand Jury charges:

COUNT ONE:      (18 U.S.C. § 2113(a) – Attempted Bank Robbery)

On or about November 1, 2021, in the Northern District of California, the defendant,

KEITH WASHINGTON,

by force, violence, and intimidation attempted to take, from the person and presence of another money belonging to and in the care, custody, control, management, and possession of Citi Bank, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section 2113(a).

COUNT TWO:      (18 U.S.C. § 2113(a) – Bank Robbery)

On or about November 1, 2021, in the Northern District of California, the defendant,

INDICTMENT

KEITH WASHINGTON, by intimidation did take, and attempt to take, from the person and presence of another money, namely, approximately $1680 in United States currency belonging to and in the care, custody, control, management, and possession of Mechanics Bank, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section 2113(a).

FORFEITURE ALLEGATION:   (18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c))

The allegations contained in this Indictment are re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

Upon conviction of any of the offenses set forth in this Indictment, the defendant, KEITH WASHINGTON, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to such offenses.

If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon exercise of due diligence;
b. has been transferred or sold to, or deposited with, a third party;
c. has been placed beyond the jurisdiction of the court;
d. has been substantially diminished in value; or
e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

All pursuant to Title 18, United States Code, Section 981(a)(1)(C), Title 28, United States Code, Section 2461(c), and Federal Rule of Criminal Procedure 32.2.

//
//
//

INDICTMENT                                2

DATED: January 5, 2022                                             A TRUE BILL.


                                                                   /s/ *Foreperson*
                                                                   FOREPERSON
                                                                   San Francisco, CA

STEPHANIE M. HINDS
United States Attorney


 /s/ *Lauren M. Harding*
LAUREN M. HARDING
Assistant United States Attorney

INDICTMENT                                          3

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

Name of District Court: NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO

**FILED**
Jan 05 2022
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

## OFFENSE CHARGED

18 U.S.C. § 2113(a) – Attempted Bank Robbery
18 U.S.C. § 2113(a) – Bank Robbery

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:
20 years imprisonment;
$250,000 fine;
3 years supervised release;
$100 special assessment.

### DEFENDANT - U.S

▶ KEITH WASHINGTON

DISTRICT COURT NUMBER
CR22-00002 CRB

## PROCEEDING

Name of Complaintant Agency, or Person (& Title, if any)
Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on this form: Stephanie M. Hinds
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): Lauren Harding

## DEFENDANT

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ ____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District) ____

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction       ☐ Federal  ☒ State
6) ☒ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution
   Clark County Detention Center

Has detainer been filed?  ☒ Yes  ☐ No
If "Yes" give date filed: 1/3/2022

DATE OF ARREST ▶ Month/Day/Year  11/20/2021
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year ____

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT    Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: ____   Before Judge: ____

Comments: