| | |
|---|---|
| 1 | STEPHANIE M. HINDS (CABN 154284)<br>United States Attorney |
| 2 | |
| 3 | THOMAS A. COLTHURST (CABN 99493)<br>Chief, Criminal Division |
| 4 | LAUREN M. HARDING (CABN 308029) |
| 5 | Assistant United States Attorney<br>   450 Golden Gate Avenue, Box 36055 |
| 6 |    San Francisco, California 94102-3495<br>   Telephone: (415) 436-6938 |
| 7 |    Fax: (415) 436-7234<br>   Lauren.Harding@usdoj.gov |

FILED

Jan 05 2022

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO.: CR22-00002 CRB |
| | ) | |
| Plaintiff, | ) | MOTION FOR SEALING ORDER AND |
| v. | ) | [PROPOSED] ORDER |
| | ) | |
| KEITH WASHINGTON, | ) | **UNDER SEAL** |
| | ) | |
| Defendant. | ) | |

The United States, by and through its counsel, moves this Court for an order sealing this Motion, the Indictment, the Arrest Warrant, and the Sealing Order until further order from the Court. Disclosure of the specified documents might jeopardize the defendant's arrest.

Accordingly, the United States requests that the Court seal these documents, except that the Clerk of Court shall provide copies of the sealed documents to employees of the United States Attorney's Office. The United States further requests that the United States Attorney's Office be permitted to share these documents as necessary to comply with its discovery obligations, and with the Federal Bureau of Investigation (FBI) and other law enforcement officers.

//

//

MOTION FOR SEALING ORDER AND PROPOSED ORDER

1

//

//

DATED: January 5, 2022                          Respectfully submitted,

STEPHANIE M. HINDS
United States Attorney

*/s/ Lauren M. Harding*
LAUREN M. HARDING
Assistant United States Attorney

### ORDER

Upon motion of the United States and good cause having been shown, IT IS HEREBY ORDERED that the government's Motion, the Indictment, the Arrest Warrant, and the Sealing Order in the above-referenced case, shall be filed under seal until further order of the Court, except that the Clerk of Court shall provide copies of the sealed documents to employees of the United States Attorney's Office. The United States Attorney's Office is permitted to share these documents as necessary to comply with its discovery obligations, and with the Federal Bureau of Investigation (FBI) and other law enforcement officers.

IT IS SO ORDERED.

DATED:  January 5, 2022

HON. SALLIE KIM
United States Magistrate Judge