STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

LAUREN M. HARDING (CABN 308029)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6938
    FAX: (415) 436-7234
    Lauren.Harding@usdoj.gov

Attorneys for United States of America

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br> v. <br> KEITH WASHINGTON, <br>     Defendant. | CASE NO. CR 22-00002 CRB <br><br> PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM <br><br> **UNDER SEAL** |

TO:     The Honorable JACQUELINE CORLEY, United States Magistrate Judge for the Northern District of California

    Assistant United States Attorney Lauren M. Harding respectfully requests that the Court issue a Writ of Habeas Corpus Ad Prosequendum for the person of prisoner KEITH WASHINGTON, whose place of custody or jailor are set forth in the requested Writ, attached hereto.

    The prisoner, KEITH WASHINGTON, is currently in custody at the Clark County Detention Center in Las Vegas, Nevada, and is being held on an arrest warrant issued by the State of Texas for a parole violation. KEITH WASHINGTON is required to appear in this Court as a defendant in the above-entitled matter on March 31, 2022, or as soon thereafter as reasonably possible, for an initial

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM
CASE NO. CR 22-00002 CRB

1 | appearance and arraignment on the Indictment, and for all future hearings, and therefore petitioner prays
2 | that the Court issue the Writ as presented.

Dated: March 3, 2022

Respectfully Submitted,

STEPHANIE M. HINDS
United States Attorney

　　　　_/s/ Lauren M. Harding_　　　
Lauren M. Harding
Assistant United States Attorney

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM
CASE NO. CR 22-00002 CRB