STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

LAUREN M. HARDING (CABN 308029)
Assistant United States Attorney

 450 Golden Gate Avenue, Box 36055
 San Francisco, California 94102-3495
 Telephone: (415) 436-6938
 Fax: (415) 436-7234
 Lauren.Harding@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 3:22-CR-00002-CRB |
| Plaintiff, | STIPULATION TO EXCLUDE TIME FROM NOVEMBER 17, 2022 TO DECEMBER 14, 2022 AND [~~PROPOSED~~] ORDER |
| v. | |
| KEITH WASHINGTON, | |
| Defendant. | |

 It is hereby stipulated by and between counsel for the United States and counsel for the defendant, Keith Washington, that time be excluded under the Speedy Trial Act from November 17, 2022, through December 14, 2022, when a change of plea hearing is set.

 The government made its most recent production of materials on October 26, 2022. The defendant is evaluating the evidence produced by the government, and also conducting his own investigation. For those reasons, the parties stipulate and agree that excluding time until December 14, 2022, will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from November 17, 2022 to December 14, 2022, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: November 17, 2022

 /s/ Lauren Harding
LAUREN M. HARDING
Assistant United States Attorney

DATED: November 17, 2022

 /s/ Gabriela Bischof
GABRIELA BISCHOF
Assistant Federal Public Defender
Counsel for Defendant KEITH WASHINGTON

## [~~PROPOSED~~] ORDER

Based upon the facts set forth in the stipulation of the parties, and for good cause shown, the Court finds that failing to exclude the time from November 17, 2022 to December 14, 2022, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the from November 17, 2022 to December 14, 2022, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from November 17, 2022 to December 14, 2022, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: November 18, 2022

HON. CHARLES R. BREYER
United States District Judge