ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

KATHERINE L. WAWRZYNIAK (CABN 252751)
Chief, Criminal Division

CHRISTOPHER J. CARLBERG (CABN 269242)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6838
    FAX: (415) 436-7234
    christopher.carlberg2@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 22-CR-00002 CRB |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE DATE AND EXCLUDE TIME FROM JUNE 14, 2023 TO JULY 19, 2023 AND [PROPOSED] ORDER |
| v. | |
| KEITH WASHINGTON, | |
| Defendant. | |

    The parties respectfully request to continue the status conference currently set for June 14, 2023 to July 19, 2023 at 1:30pm.  Further, it is hereby stipulated by and between counsel for the United States and counsel for the defendant, that time be excluded under the Speedy Trial Act from June 14, 2023 through July 19, 2023.

    The undersigned counsel for the defendant was recently appointed on June 7, 2023.  *See* Dkt. 34. The government intends to produce additional discovery that counsel for the defendant will review, along with discovery already produced.  Therefore, the parties stipulate and agree that excluding time until July 19, 2023 will allow for the effective preparation of counsel.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties further stipulate and agree that the ends of justice served by excluding the time from June 14, 2023 through July 19, 2023 from computation under the Speedy Trial Act

1  outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A),
2  (B)(iv).
3       The undersigned Special Assistant United States Attorney certifies that he has obtained approval
4  from counsel for the defendant to file this stipulation and proposed order.

6       IT IS SO STIPULATED.

7  DATED:    June 14, 2023              /s/
                                            CHRISTOPHER J. CARLBERG
8                                              Special Assistant United States Attorney

9  DATED:    June 14, 2023              /s/
10                                             ROBERT WAGGENER
                                            Counsel for Defendant KEITH WASHINGTON


**[PROPOSED] ORDER**

Based upon the facts set forth in the stipulation of the parties and for good cause shown, the Court finds that failing to exclude the time from June 14, 2023 through July 19, 2023 would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from June 14, 2023 to July 19, 2023 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from June 14, 2023 through July 19, 2023 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The Court further orders that the status conference set for June 14, 2023 is continued to July 19, 2023 at 1:30pm.

IT IS SO ORDERED.

DATED: _____

HON. CHARLES R. BREYER
United States District Judge